**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00535-CV**

———————————

**BRANDON LANDERS, Appellant**

**V.**

**LDG NORWOOD, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1251670**

**MEMORANDUM OPINION**

Appellant's brief was due to be filed on October 13, 2025. On October 23, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to our notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP.

P. 42.3, 43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.